1  KEKER & VAN NEST LLP
   STUART L. GASNER - # 164675
2  sgasner@kvn.com
   KHARI J. TILLERY - # 215669
3  ktillery@kvn.com
   KATE LAZARUS - #268242
4  klazarus@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  Attorneys for Plaintiffs
   NEUSTAR, INC. and QUOVA, INC.
8
9  MICHAEL J. BETTINGER (SBN 122196)
   SHANE BRUN (SBN 179079)
10 CHRISTY V. LA PIERRE (SBN 242691)
   K&L GATES LLP
11 4 Embarcadero Center, Suite 1200
   San Francisco, California 94111-5994
12 Telephone: 415.882.8200
   Facsimile: 415.882.8220
13 mike.bettinger@klgates.com
   shane.brun@klgates.com
14 christy.lapierre@klgates.com

15
   Attorneys for Defendant
16 F5 NETWORKS, INC.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*
1/7/2014

17
18                    UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA
20                           SAN JOSE DIVISION

| | |
|---|---|
| NEUSTAR, INC., a Delaware corporation, and QUOVA, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>        v.<br><br>F5 NETWORKS, INC., a Washington corporation,<br><br>                Defendant. | Case No. CV12-02574 EJD (PSG)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Date Filed:    May 18, 2012<br><br>Trial Date:    February 11, 2014 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, and pursuant to a settlement agreement, that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own fees and expenses.   The Clerk shall close this file.

Dated:  January 3, 2014

Respectfully submitted,

KEKER & VAN NEST LLP


By:  */s/ Stuart Gasner*
STUART L. GASNER
KHARI J. TILLERY
KATE LAZARUS

Attorneys for Plaintiffs
NEUSTAR, INC. and QUOVA, INC.


Dated:  January 3, 2014

Respectfully submitted,

K&L GATES LLP


By:  */s/ Shane Brun*
MICHAEL J. BETTINGER (SBN 122196)
SHANE BRUN (SBN 179079)
CHRISTY V. LA PIERRE (SBN 242691)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
christy.lapierre@klgates.com

Attorneys for Defendant
F5 NETWORKS, INC.

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Stuart Gasner, attest that the above signatories have concurred and consented to the filing of this document.

Dated: __January 3, 2014_____          */s/ Stuart Gasner*
                                                                    Stuart Gasner